# United States Court of Appeals
### For The District Of Columbia Circuit
_____

**No. 24-7059**　　　　　　　　　　　　　　　　　　**September Term, 2024**

1:24-cv-00147-APM

**Filed On: November 6, 2024** [2083785]

Media Matters for America and Eric Hananoki,

      Appellees

      v.

Warren Kenneth Paxton, Jr., in his official capacity as Attorney General of the State of Texas,

      Appellant

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for November 20, 2024, at 9:30 A.M.:

      Appellant  -  10 Minutes

      Appellees  -  10 Minutes

One counsel per side to argue. The panel considering this case will consist of Circuit Judges Henderson and Pan, and Senior Circuit Judge Edwards.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by November 8, 2024.

### Per Curiam

          **FOR THE COURT:**
          Mark J. Langer, Clerk

BY:  /s/
          Michael C. McGrail
          Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)