NO. 24-7059

# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

MEDIA MATTERS FOR AMERICA, *ET AL.*,

*Plaintiffs-Appellees*

v.

WARREN KENNETH PAXTON, JR., IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF TEXAS,

*Defendant-Appellant*

On Appeal from the
United States District Court for the District of Columbia
Case No. 1:24-cv-00147-APM
Hon. Amit P. Mehta

## NOTICE OF WITHDRAWAL OF ATTORNEY WARD-PACKARD

Please take notice that Samuel T. Ward-Packard will be leaving the employment of the Elias Law Group and therefore withdraws as counsel for Plaintiffs–Appellees. Abha Khanna, Aria Branch, and Christopher Dodge of the Elias Law Group will continue to represent Plaintiffs–Appellees.

Dated: January 29, 2025

**ELIAS LAW GROUP LLP**

By: /s/ *Samuel T. Ward-Packard*

Aria C. Branch
Christopher D. Dodge
Samuel T. Ward-Packard


**ELIAS LAW GROUP LLP**
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
Telephone: (202) 968-4652
abranch@elias.law
cdodge@elias.law
swardpackard@elias.law

Abha Khanna
**ELIAS LAW GROUP LLP**
1700 Seventh Ave. Suite 2100
Seattle, WA 98101
Telephone: (206) 656-0177
akhanna@elias.law

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2025, I filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Samuel T. Ward-Packard*
Samuel T. Ward-Packard