No. 24-7059                                        September Term, 2024

FILED ON: MAY 30, 2025

MEDIA MATTERS FOR AMERICA AND ERIC HANANOKI,
        APPELLEES

v.

WARREN KENNETH PAXTON, JR., IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF TEXAS,
        APPELLANT

Appeal from the United States District Court
for the District of Columbia
(No. 1:24-cv-00147)

Before: HENDERSON and PAN, *Circuit Judges*, and EDWARDS, *Senior Circuit Judge*

**J U D G M E N T**

This cause came to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause be affirmed including its issuance of a preliminary injunction in favor of Appellees, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

                                                  **FOR THE COURT:**
                                                  Clifton B. Cislak, Clerk

                       BY:    /s/

                                                  Daniel J. Reidy
                                                  Deputy Clerk

Date: May 30, 2025

Opinion for the court filed by Senior Circuit Judge Edwards.
Opinion concurring in the judgment filed by Circuit Judge Henderson.