# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Media Matters for America, et al

v. Warren Paxton, Jr.

**Case No:** 24-7059

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ● Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Warren Kenneth Paxton, Jr.
in his official capacity as Attorney
General of the State of Texas

### Counsel Information

**Lead Counsel:** Aaron L. Nielson

**Direct Phone:** (512) 936-1700 **Fax:** (512) 474-2697 **Email:** aaron.nielson@oag.texas.gov

**2nd Counsel:** William Francis Cole

**Direct Phone:** (512) 936-2725 **Fax:** (512) 474-2697 **Email:** william.cole@oag.texas.gov

**3rd Counsel:** Cameron Fraser

**Direct Phone:** (512) 936-1827 **Fax:** (512) 474-2697 **Email:** cameron.fraser@oag.texas.gov

**Firm Name:** Office of the Attorney General of the State of Texas

**Firm Address:** PO Box 12548, Austin, Tx 78711-2548

**Firm Phone:** (512) 936-1700 **Fax:** (512) 474-2697 **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)