# United States Court of Appeals

**For The District of Columbia Circuit**

_____

**No. 24-7059**  **September Term, 2024**

**1:24-cv-00147-APM**

**Filed On:** June 30, 2025

Media Matters for America and Eric Hananoki,

    Appellees

    v.

Warren Kenneth Paxton, Jr., in his official capacity as Attorney General of the State of Texas,

    Appellant

## O R D E R

Upon consideration of the appellees' bill of costs, it is

**ORDERED** that appellees' request for costs be granted. Costs are awarded to the appellees in the amount of $117.81 and taxed against appellant.

Costs are payable directly between the parties. Payment should not be submitted to the Clerk.

**Per Curiam**

    **FOR THE COURT:**
    Clifton B. Cislak, Clerk

    BY:  /s/
           Daniel J. Reidy
           Deputy Clerk